TROJAN LAW OFFICES
BEVERLY HILLS

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

HOMELAND HOUSEWARES, LLC, a California Corporation,

Plaintiff,

v.

JOHN MILLS, LTD., a United Kingdom Company

Defendant.

CASE NO. 13-CV-08754-JAK-CW

**ORDER TO DISMISS WITH PREJUDICE JS-6**

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice, all claims between Plaintiff HOMELAND HOUSEWARES, LLC, ("Plaintiff") and

Defendant JOHN MILLS, LTD., ("Defendant"), are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**

Dated: December 16, 2014

Hon. John A. Kronstadt
United States District Judge

TROJAN LAW OFFICES
BEVERLY HILLS