**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-08754 JAK(CWx) | Date | December 15, 2014 |
| Title | Homeland Housewares, LLC v. John Mills, LTD. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Gregory J. Sater |

**Proceedings:**          **ORDER TO SHOW CAUSE RE DISMISSAL**

The show cause hearing is held. The parties were to have filed the dismissal by December 8, 2014 or an appearance was required. Dkt. 39. There is no appearance by or on behalf of Plaintiff. Defense counsel reports that the parties have settled the matter and his client's signature was sent to Plaintiff's counsel on Saturday but the dismissal has not yet been filed. The Clerk informs the Court that consistent with an email exchange between herself and Plaintiff's counsel as to whether he intends to make an appearance today, a copy of which is provided to defense counsel, Plaintiff's counsel reports that the dismissal will be filed by the end of today.

If a dismissal is not filed by the end of today, the Court orders the case dismissed with prejudice and will retain jurisdiction to enforce the terms of the settlement agreement. The dismissal will take effect on December 16, 2014.

**IT IS SO ORDERED.**

|  | : | 05 |
|---|---|---|
| Initials of Preparer | ak | |